Dismissed and Memorandum Opinion filed August 11, 2005









Dismissed and Memorandum Opinion filed August 11,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00286-CV

____________

 

MORGAN
SANDEFER, Appellant

 

V.

 

VAN & SONS
DRILLING and JOSE M. LUNA, Appellees

 



 

On Appeal from the
334th District Court

Harris County, Texas

Trial Court Cause
No. 03-09133

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 7,
2005.  On July 22, 2005,appellant
filed an agreed  motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed August 11, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson.